# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| FATIH GUL<br><br>              Plaintiff,<br>   v.<br><br>Ur Mendoza Jaddou, in her official capacity as Director, U.S. Citizenship and Immigration Services<br><br>Susan Raufer, in her official capacity as Director, Newark Asylum Office<br>U.S. Citizenship and Immigration Services<br><br>              Defendants. | Case 2:23−CV−01096-KM-ESK<br><br>**STIPULATION AND ORDER**<br><br>**OF DISMISSAL WITH**<br><br>**PREJUDICE** |

     It is hereby stipulated by and between Plaintiff Fatih Gul and Defendants Ur Mendoza Jaddou and Susan Raufer, by and through their respective attorneys, that all of Plaintiff's claims against the United States of America are dismissed with prejudice and without costs, attorneys' fees, expenses, or disbursements to any party.

Dated:    October 5, 2023    /s/ Susan G. Roy
                                            SUSAN G. ROY , ESQ.
                                            *Counsel for the Plaintiff* Fatih Gul

Dated:    October 5, 2023    PHILIP R. SELLINGER
                                            United States Attorney
**SO ORDERED.**                   for the District of New Jersey

**s/ Kevin McNulty**               By:/s/ Brooks E. Doyne
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 10/10/2023**                 BROOKS E. DOYNE
                                            Assistant United States Attorney